MYERS *et al. v.* BROOKE, administrator.

HUTCHESON, Justice. There was sufficient evidence to authorize the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., absent because of illness.*

No. 10663. OCTOBER 22, 1935.

*H. G. Vandiviere* and *John S. Wood,* for plaintiffs in error.
*A. J. Henderson,* contra.